IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARK RANDELS,** § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. **3:14-CV-2696-L** | |
| § | | |
| **DEUSTCHE BANK TRUST COMPANY** § | | |
| **AMERICAS, as TRUSTEE for** § | | |
| **RESIDENTIAL ACCREDIT LOANS, INC.,** § | | |
| **MORTGAGE ASSET-BACKED** § | | |
| **PASS-THROUGH CERTIFICATES** § | | |
| **SERIES 2006-QS8,** § | | |
| § | | |
| Defendant. § | | |

## ORDER

This case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on June 19, 2015, recommending that the court grant Defendant's motion for judgment on the pleadings and dismiss Plaintiff's claims against Defendant in their entirety. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, **grants** Defendant's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c), and **dismisses with prejudice** this action. The court will issue judgment by separate document pursuant to Federal Rule of Civil Procedure Rule 58(a).

Order - Page 1

**It is so ordered** this 10th day of July, 2015.

                                                Sam A. Lindsay
                                                United States District Judge

**Order - Page 2**